SO ORDERED.

SIGNED this 14th day of August, 2015.




Robert E. Nugent
United States Chief Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DYNAMIC DRYWALL, INC. | ) | Case No. 14-11131 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DYNAMIC DRYWALL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adv. No. 15-5016 |
| | ) | |
| HARTFORD FIRE INSURANCE | ) | |
| COMPANY and STINSON LEONARD | ) | |
| STREET LLP, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## PARTIAL JUDGMENT

Dynamic Drywall, Inc.'s second claim for relief against Stinson Leonard Street LLP as alleged in its amended complaint is dismissed as moot. Dynamic Drywall,

1

Inc.'s third claim for relief against Stinson Leonard Street LLP as alleged in its amended complaint is dismissed without prejudice on the basis of the ripeness doctrine. No further claims against Stinson Leonard Street LLP remain in this adversary proceeding.

###